UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Nos. 3:03-00045 & 3:04-00071 |
| | ) | JUDGE CAMPBELL |
| HOWARD GLEN BRONS | ) | |

## ORDER

The Court held a hearing on November 20, 2013, to consider the Petitions (Docket Nos. 100 and 44) alleging violations of Defendant's conditions of Supervised Release. By agreement of the parties, which the Court accepted, the Petitions are DISMISSED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE